**No. 10-10014. Vaughn Palmer, Petitioner v. Charles L. Ryan, Director, Arizona Department of Corrections, et al.**

563 U.S. 1013, 131 S. Ct. 2913, 179 L. Ed. 2d 1256, 2011 U.S. LEXIS 3930.

May 23, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 10-10030. Spencer Durham, Petitioner v. United States.**

563 U.S. 1013, 131 S. Ct. 2914, 179 L. Ed. 2d 1256, 2011 U.S. LEXIS 3998.

May 23, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 419 Fed. Appx. 77.

**No. 10-10058. Telmo Hurtado Hurtado, Petitioner v. Eric H. Holder, Jr., Attorney General, et al.**

563 U.S. 1013, 131 S. Ct. 2914, 179 L. Ed. 2d 1256, 2011 U.S. LEXIS 3841.

May 23, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 401 Fed. Appx. 453.

**No. 10-10061. William James Crippen, Petitioner v. United States.**

563 U.S. 1013, 131 S. Ct. 2914, 179 L. Ed. 2d 1256, 2011 U.S. LEXIS 3901.

May 23, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 627 F.3d 1056.

**No. 10-10064. Bridgette L. Davidson, Petitioner v. United States.**

563 U.S. 1013, 131 S. Ct. 2915, 179 L. Ed. 2d 1256, 2011 U.S. LEXIS 3858.

May 23, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 399 Fed. Appx. 525.

**No. 10-10065. Dixon Regan, Petitioner v. United States.**

563 U.S. 1013, 131 S. Ct. 2915, 179 L. Ed. 2d 1256, 2011 U.S. LEXIS 3992.

May 23, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 627 F.3d 1348.

**No. 10-10073. Khalid Barnes, Petitioner v. United States.**

563 U.S. 1013, 131 S. Ct. 2915, 179 L. Ed. 2d 1256, 2011 U.S. LEXIS 3879.

May 23, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 411 Fed. Appx. 365.

**No. 10-10078. Rafael Lopez, Petitioner v. United States.**

563 U.S. 1013, 131 S. Ct. 2915, 179 L. Ed. 2d 1256, 2011 U.S. LEXIS 3928.

May 23, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.